[No. 72831-8-I.   Division One.   March 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARYANN REHAUME, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-01298-8, Stephen M. Warning, J., entered August 29, 2013. *Reversed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Leach, J.

[No. 43294-3-II.   Division Two.   March 24, 2015.]

KEITH PELZEL, *Appellant*, v. NATIONSTAR MORTGAGE, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-16448-6, Stephanie A. Arend, J., entered March 23, 2012. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Melnick and Sutton, JJ.

[No. 44952-8-II.   Division Two.   March 24, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ARNOLD BROINES FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03352-0, John A. McCarthy, J., entered May 31, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Maxa, J.